IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE ARBLE, et al | : | |
| | : | CASE NO. 5:24-cv-747 |
| Plaintiffs, | : | |
| | : | JUDGE Benita Y. Pearson |
| vs. | : | |
| | : | |
| THE EAST OHIO GAS COMPANY | : | |
| d/b/a DOMINION ENERGY OHIO | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Delaney A. Barr-Brown, Esq. of The Friedmann Firm, LLC is appearing as counsel for Plaintiffs Stephanie Arble, et al. in the above-captioned matter. Please direct all future pleadings, notices, orders, or other correspondence in the above captioned matter to the undersigned counsel at the address set forth below.

Respectfully submitted,

/s/ *Delaney A. Barr-Brown, Esq.*
Delaney A. Barr-Brown (0098092)
Rachel Sabo Friedmann (0089226)
The Friedmann Firm LLC
3740 Ridge Mill Drive
Hilliard, Ohio 43026
Telephone: (614) 639-6477
Facsimile:  (614) 737-9812
Delaney@TFFLegal.com
Rachel@TFFLegal.com

*Attorneys for Plaintiffs Stephanie Arble, et al*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of October 2025, the foregoing document was filed with the Court's electronic filing system and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic docket.

> /s/ *Delaney A. Barr-Brown, Esq.*
> Delaney A. Barr-Brown (0098092)